STATE of Missouri, Respondent,

v.

Joey FOSTER, Appellant.

Joey FOSTER, Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. 63704, 65841.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 21, 1995.

Craig A. Johnston, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

In this jury-tried case, defendant appeals from his conviction for assault first degree. Defendant also appeals the denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rules 30.25(b) and 84.16(b).